Mark Ditton WSB#45432  
1312 Main St  
Vancouver, WA 98660  
(503)232-5303  
Attorney for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re | ) Case No.: 17-13092 CMA |
| | ) |
| Donnel Elaine Penner | ) DEBTOR'S NOTICE OF WITHDRAWAL |
| | ) AND SUBSTITUTION OF COUNSEL |
| Debtor, | ) PURSUANT TO LRBP 2089-1(a) |
| | ) |
| | ) |

NOTICE IS HEREBY GIVEN that Kingston D. Bowen hereby withdraws as attorney of record for debtor Donnel Elaine Penner and that Mark A. Ditton shall substitute as counsel for debtors.

Respectfully submitted on August 19, 2019 by:

/s/Mark A. Ditton                                              /s/Kingston Bowen  
Mark A. Ditton WSB#45432                              Kingston Bowen, WSBA#46688